UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARTHALEA DAWN DOLSON,

                      Plaintiff,                                    18 **CIVIL** 7466 (SN)

                  -against-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated June 1, 2020, the Commissioner's motion for judgment on the pleadings is denied and plaintiff's motion is granted; the matter is remanded to the Commissioner for further administrative proceedings consistent with the order; accordingly, the case is closed.

**Dated:**  New York, New York
           June 3, 2020

                                                              **RUBY J. KRAJICK**
                                                            _____
                                                            **Clerk of Court**
                                              **BY:**
                                                            _____
                                                             **Deputy Clerk**